## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re:<br><br>GILLISPIE, GARY DEAN<br><br>                         Debtor. | Case No.  08-14437-SAH<br><br>Chapter 7 |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000004A | OTC<br>Legal Division<br>120 N Robinson, Ste 2000<br>Oklahoma City, OK 73102 | $0.14 |

**TOTAL**                                                       **$0.14**

DATED: October 5, 2010

/s/ Robert A. Brown_____
ROBERT A. BROWN, Trustee
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK  74074
405.377.8185
bob@bobbrownattorney.com

REMITTED TO COURT

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**3010**

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

32-1/1110 TX
0

| DATE | AMOUNT |
|------|--------|

10/04/10       \*\*\*\*\*\*\*\*\*\*\*0.14

1835818

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 08-14437    SAH    Debtor: GILLISPIE, GARY DEAN | |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*Zero Dollars And 14/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

MP

⑈003010⑈ ⑆▓▓▓▓▓▓⑆ ▓▓▓1493⑈

---

| Date: 10/04/10 | Check Number: 3010 | Amount:    0.14 |
|----------------|--------------------|-----------------|

| Case Number:  08-14437    SAH |
| Debtor Name:  GILLISPIE, GARY DEAN |
| SSN: ▓▓-▓-9811 |

| Paid To: GRANT E PRICE<br>CLERK OF THE COURT<br>U S BANKRUPTCY COURT<br>215 DEAN A MCGEE AVE<br>OKLAHOMA CITY OK 73102 | Trustee: ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |

Description:  REMITTED TO COURT

Bank Account Number: ▓▓▓1493